[No. 23798-9-II. Division Two. July 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENDELL J. LAURANT, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-00230-0, Karen B. Conoley, J., entered August 28, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 17261-9-III. Division Three. July 13, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS ANTHONY DIBARTOLO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-00336-0, Neal Q. Rielly, J., entered January 21, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ.

[No. 25534-1-II. Division Two. July 14, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. VICTOR RAMON VELASQUEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 98-1-00125-8, Kenneth D. Williams, J., entered September 27, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Seinfeld, J.